**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                    Chris Wolpert
Clerk of Court         February 25, 2019     Chief Deputy Clerk

Mr. A. Blair Dunn
WARBA
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102

Mr. Ethan M. Preston
Preston Law Offices
4054 McKinney Avenue, Suite 310
Dallas, TX 75204

Ms. Dori Ellen Richards
Western Agriculture, Resource and Business Advocates
1005 Marquette Avenue NW
Albuquerque, NM 87102

Mr. Patrick J. Rogers
Patrick J. Rogers
20 First Plaza, Suite 725
Albuquerque, NM 87125

Mr. Richard A. Westfall
Hale Westfall
1400 16th Street, Suite 400
Denver, CO 80202

**RE:**   **17-2217, Collins, et al v. Daniels, et al**
    Dist/Ag docket: 1:17-CV-00776-RJ-KK

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. 40(a)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in

which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. If requesting rehearing en banc, the requesting party must file 6 paper copies with the clerk, in addition to satisfying all Electronic Case Filing requirements. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R. 35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:    Brandon Huss
       Olga Serafimova
       Patrick F. Trujillo

EAS/lab