# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 7, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re: Darlene Collins, et al.
        v. Charles W. Daniels, et al.
        No. 19-26
        (Your No. 17-2217, 18-2045)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk